702

dle, *Assistant Attorney General Shea,* and *Mr. William C. Fitts, Jr.* for respondents.

No. 757. CRAB ORCHARD IMPROVEMENT CO. *v.* CHESAPEAKE & OHIO RAILWAY CO. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE REED took no part in the consideration and decision of this application. *Mr. W. A. Thornhill* for petitioner.

No. 762. McGLOON *v.* UNITED STATES. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Mr. Fred A. Ironside, Jr.* for petitioner. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. James P. O'Brien, Arthur Breuer, W. Marvin Smith,* and *Chester T. Lane* for the United States.

No. 648. DOMENECH, TREASURER, *v.* SAN JUAN TRADING CO., INC.; and

No. 679. SAN JUAN TRADING CO., INC. *v.* DOMENECH, TREASURER OF PUERTO RICO. March 17, 1941. Petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby, George A. Malcolm,* and *Nathan R. Margold* for petitioner in No. 648 and respondent in No. 679. *Mr. L. E. Dubon* for respondent in No. 648 and petitioner in No. 679.